**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
         nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>            Plaintiffs,<br><br>vs.<br><br>PRACTICAL FLOORING, INC., a Nevada corporation; and DANETTE BORDLEMAY-ROYBAL, an individual,<br><br>            Defendants. | CASE NO: 2:12-cv-01712-GMN-CWH<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER** |

Plaintiffs, Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust, et al., by and through their counsel, The Urban Law Firm, and Defendants, Practical Flooring and Danette Bordlemay-Roybal, by and through their counsel, Gordon Silver, hereby stipulate to dismissal of this case with prejudice.  Each party to bear its own attorney's fees and costs incurred in

21138                                              1

this action.  The parties resolved all claims in this litigation and now wish to dismiss this case with prejudice.

DATED this 22nd day of October 2013.

THE URBAN LAW FIRM

/s/ *Nathan R. Ring*
Nathan R. Ring, Nevada Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Email: nring@theurbanlawfirm.com
Tel: (702) 968-8087
Fax: (702) 968-8088
*Attorney for Plaintiffs*

DATED this 22nd day of October 2013.

GORDON SILVER

/s/ *Elias P. George*
Elias P. George, Nevada Bar No. 12379
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Email: egeorge@gordonsilver.com
Tel: (702) 796-5555
Fax: (702) 369-2666
*Attorney for Defendants*

## **ORDER**

Pursuant to the joint stipulation of the parties, through their respective counsels of record, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED** this 23rd day of October, 2013.

_____
Gloria M. Navarro
United States District Judge

21138

2