**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
         nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br> Plaintiffs, <br><br> vs. <br><br> PRACTICAL FLOORING, INC., a Nevada corporation; and DANETTE BORDLEMAY-ROYBAL, an individual, <br><br> Defendants. | CASE NO: 2:12-cv-01712-GMN-CWH <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> **AND ORDER** |

Plaintiffs, Trustees of the Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust, et al., by and through their counsel, The Urban Law Firm, and Defendants, Practical Flooring and Danette Bordlemay-Roybal, by and through their counsel, Gordon Silver, hereby stipulate to dismissal of this case with prejudice. Each party to bear its own attorney's fees and costs incurred in

21138

this action.  The parties resolved all claims in this litigation and now wish to dismiss this case with prejudice.

DATED this 22nd day of October 2013.

THE URBAN LAW FIRM

/s/ *Nathan R. Ring*
Nathan R. Ring, Nevada Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Email: nring@theurbanlawfirm.com
Tel: (702) 968-8087
Fax: (702) 968-8088
*Attorney for Plaintiffs*

DATED this 22nd day of October 2013.

GORDON SILVER

/s/ *Elias P. George*
Elias P. George, Nevada Bar No. 12379
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Email: egeorge@gordonsilver.com
Tel:  (702) 796-5555
Fax:  (702) 369-2666
*Attorney for Defendants*

### **ORDER**

Pursuant to the joint stipulation of the parties, through their respective counsels of record, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED** this 23rd day of October, 2013.

_____
Gloria M. Navarro
United States District Judge

21138

2